No. 96–7377. Bailey v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–7378. Smith v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7379. Plain v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–7381. Szymanski v. United States. C. A. 6th Cir. Certiorari denied.

No. 96–7383. Vincent v. Tennessee et al. Ct. App. Tenn. Certiorari denied.

No. 96–7384. Moses v. United States. C. A. 6th Cir. Certiorari denied.

No. 96–7387. Romas-Miranda v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7390. Leyva Osuna v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7393. Keel v. North Carolina. Super. Ct. N. C., Edgecombe County. Certiorari denied.

No. 96–7394. Young Yil Jo v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7395. Moreno v. United States. C. A. 2d Cir. Certiorari denied.

No. 96–7399. Hannah v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7400. Solis v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–7406. Christman v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–7407. Stinson v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–7412. Corbin v. United States. C. A. 3d Cir. Certiorari denied.